CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Dien Le             Docket No. 1:13-cr-00295-WJM-01

## Petition for Action on Conditions of Pretrial Release

Comes now, Joshua T. Roth, Probation Officer of the Court, presenting an official report upon the conduct and attitude of defendant Dien Le, who was placed under pretrial release supervision by the Honorable Kristen L. Mix, sitting in the Court at Denver, Colorado, on July 25, 2013. As noted in the Order Setting Conditions of Release (Document #37), the Court ordered conditions of pretrial release.

**Respectfully presenting petition for action of the Court and for cause as follows:**

1. Since approximately December 2013, the defendant has maintained employment in Cheyenne, Wyoming. The defendant has continued to submit verification of his employment via pay stubs.
2. The defendant has maintained compliance with all other conditions of release and criminal record inquiries have revealed no new arrests for the defendant.
3. This Office has attempted to contact Assistant United States Attorney Jeremy Sibert to obtain his position with respect to this matter and are awaiting a response.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the defendant's travel restriction be amended to allow for travel to Cheyenne, Wyoming, for employment purposes only.

## ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered filed and made a part of the record in the above case. | I declare under the penalty of perjury that the foregoing is true and correct. |
| | *s/ Josh T. Roth* |
| | Joshua T. Roth |
| | U.S. Probation Officer |
| *(signed)* Kristen L. Mix<br>U.S. Magistrate Judge<br>Date: 8-21-15 | Date:   August 20, 2015 |